# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 23-3375

———————————————

United States of America

*Plaintiff - Appellee*

v.

David Byron Thompson

*Defendant - Appellant*

—————————

Appeal from United States District Court
for the Western District of Arkansas - Harrison

—————————

Submitted: April 19, 2024
Filed: April 26, 2024
[Unpublished]

—————————

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

—————————

PER CURIAM.

David Thompson appeals the sentence the district court[1] imposed after revoking his supervised release. His counsel has moved to withdraw, and has filed

———————————————

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

a brief arguing that the district court abused its discretion in ordering the revocation sentence to run consecutively to a sentence imposed on a new charge.

We conclude that the district court did not abuse its discretion in imposing a consecutive sentence upon revocation of Thompson's supervised release. See United States v. Valure, 835 F.3d 789, 790-91 (8th Cir. 2016) (standard of review). The court considered the factors listed in 18 U.S.C. § 3553(a), and did not err in weighing the relevant factors. See United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment); see also 18 U.S.C. § 3584 (district court may impose consecutive or concurrent sentences and shall consider § 3553(a) factors). Accordingly, we grant counsel leave to withdraw, and we affirm.

_____